Brian H. Kim (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
2855 Telegraph Avenue, Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

Attorneys for Plaintiff

RONALD K. ALBERTS (SBN: 100017)
ralberts@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MONICA ELDEN, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:19-CV-02709-JD <br><br> **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE** |

Case No.: 3:19-CV-02709-JD — 1 — STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Monica Elden and Defendant Metropolitan Life Insurance Company, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

Date: July 14, 2020          BOLT KEENLEY KIM LLP


                             By:   /s/ Brian H. Kim
                                   BRIAN H. KIM
                                   Attorneys for Plaintiff
                                   MONICA ELDEN


Dated: July 14, 2020         GORDON REES SCULLY MANSUKHANI, LLP


                             By:   /s/ Ronald K. Alberts
                                   RONALD K. ALBERTS
                                   Attorneys for Defendant
                                   METROPOLITAN LIFE
                                   INSURANCE COMPANY

**ORDER DISMISSING CASE WITH PREJUDICE**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 3:19-CV-02709-JD, is dismissed in its entirety with prejudice, with each party to bear its own fees, costs, and expenses in this matter.

**IT IS SO ORDERED.**

Dated: July 15, 2020

                             _____
                             Hon. James Donato
                             United States District Judge


Case No.: 3:19-CV-02709-JD           2           STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE